CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants Mohinder Pal, Satya Pal
and Gustavo Delgado Rios

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>v.<br><br>MOHINDER PAL; SATYA PAL; GUSTAVO DELGADO RIOS; and Does 1-10,<br><br>            Defendants. | **Case No.:  2:16-cv-00318-WBS-CKD**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>**Complaint Served:  February 22, 2016**<br>**Current Response Date:  March 14, 2016**<br>**New Response Date: April 11, 2016** |

Plaintiff Scott Johnson ("Johnson") and Defendants Mohinder Pal, Satya Pal and Gustavo Delgado Rios ("Defendants") stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants are granted an extension of time up to and including April 11, 2016, to respond to plaintiff's Complaint.
3. The grounds for this request for an extension is that counsel has recently been retained by defendants and needs time to review the matter in order to properly file an Answer.

///

///

1
STIPULATION TO EXTEND TIME TO RESPOND   2:16-cv-00318-WBS-CKD

IT IS SO STIPULATED

Respectfully submitted,

CENTER FOR DISABILITY ACCESS

_____*/s/ Phyl Grace*_____
Phyl Grace
Attorney for Plaintiff Scott Johnson


VAUGHAN & ASSOCIATES


_____*/s Cris C. Vaughan*_____
Cris C. Vaughan
Attorney for Defendants Mohinder Pal,
Satya Pal and Gustavo Delgado Rios


ORDER

Good cause appearing, as stipulated to by the parties, the request to extend the time for the response of Defendants Mohinder Pal, Satya Pal and Gustavo Delgado Rios up to and including April 11, 2016, is granted.

IT IS SO ORDERED.

Dated:  March 16, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE