UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT JOHNSON,<br><br>           Plaintiff,<br><br>    v.<br><br>MOHINDER PAL; SATYA PAL; and GUSTAVO DELGADO RIOS,<br><br>           Defendants. | NO. CIV. 2:16-00318 WBS CKD<br><br>ORDER REFERRING CASE TO VDRP AND STAYING PROCEEDINGS |

----oo0oo----

This court previously determined that this case is appropriate for an early settlement conference before the assigned magistrate judge, however, the magistrate judge is unavailable to conduct a settlement conference within the time the court anticipated. The court continues to believe that it is in the best interest of the parties to avoid unnecessary fees and costs and pursue settlement of this matter by virtue of alternative dispute resolution. The court therefore finds it appropriate to withdraw the previous referral of this case for a settlement conference and will instead refer the action to the

1

court's Voluntary Dispute Resolution Program ("VDRP").

IT IS THEREFORE ORDERED that:

1. Within fourteen (14) days of this Order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

2. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this Order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

3. To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed to provide the parties time to complete the VDRP session. No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

4. The Status (Pretrial Scheduling) Conference will remain set for September 12, 2016. If a settlement is not reached at the VDRP session, the parties shall submit an Amended Joint Status Report two weeks prior to the Status (Pretrial Scheduling) Conference.

IT IS SO ORDERED.

Dated: June 28, 2016

_WILLIAM B. SHUBB_
UNITED STATES DISTRICT JUDGE